IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| R.L. FAUSS BUILDERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV59 |
| | ) | |
| v. | ) | |
| | ) | |
| GLENN WALLING, individually and personally, and CASA ANTIGUA APARTMENTS LIMITED PARTNERSHIP, an Arizona limited partnership, | ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the stipulation to extend time to respond to discovery (Filing No. 8) and plaintiff's motion for extension of time to respond to defendants' motion to dismiss, to stay proceeding, or to transfer venue (Filing No. 9). The Court finds the stipulation should be approved and adopted and that plaintiff's motion should be granted. Accordingly,

IT IS ORDERED:

1) The stipulation is approved and adopted; defendants shall not be required to respond to discovery before April 6, 2009.

2) Plaintiff's motion for extension of time to respond to defendants' motion to dismiss, to stay proceeding, or to

transfer venue is granted; plaintiff shall have until April 17, 2009, to respond to said motion.

DATED this 16th day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court