```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA
```

R.L. FAUSS BUILDERS, INC.,      )
                                )
            Plaintiff,           )        8:09CV59
                                )
       v.                        )
                                )
GLENN WALLING, individually      )        ORDER
and personally, and CASA         )
ANTIGUA APARTMENTS LIMITED       )
PARTNERSHIP, an Arizona          )
limited partnership,             )
                                )
            Defendants.          )
_____)

    This matter is before the Court on defendants' motion to dismiss, to stay proceedings, or to transfer venue (Filing No. 5), on defendants' motion to stay discovery and for a protective order (Filing No. 12), and on the stipulation regarding mediation and to extend time (Filing No. 15).  The Court finds the stipulation should be approved and adopted and the motions to stay should be granted.  Accordingly,

    IT IS ORDERED:

    1) Defendants' motion to dismiss, to stay proceedings, or to transfer venue is granted in part; this action is stayed.

    2) Defendants' motion to stay discovery and for a protective order is granted.  Defendants need not respond to plaintiff's discovery requests until the mediation procedure has been completed, or their pending motions to dismiss or to transfer venue have been resolved.

    3) The stipulation regarding mediation and to extend time is granted; this action is stayed.

4) The parties shall file a written status report on or before June 30, 2009.

DATED this 21st day of April, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court