IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
R.L. FAUSS BUILDERS, INC.,      )
                                )
          Plaintiff,            )      8:09CV59
                                )
     v.                         )
                                )
GLENN WALLING, individually     )      ORDER
and personally, and CASA        )
ANTIGUA APARTMENTS LIMITED      )
PARTNERSHIP, an Arizona         )
limited partnership,            )
                                )
          Defendants.           )
_____)
```

This matter is before the Court on the stipulation of the parties for dismissal with prejudice (Filing No. 17). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay its own costs.

DATED this 18th day of June, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court